Free Lazar C73842
Box 1050 A3-120
Soledad, Calif 93960

**FILED**

In Person Without Bar Attorney

APR 27 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Eureka Division

Free Lazar, aka PF Lazar,                    No 16-cv-6585 NJV (AR)

    Petitioner

vs

William Muniz,                 MOTION TO VACATE ORDER DISMISSING
    Respondent                 PETITION AND JUDGMENT THERETO BASED ON
                               GOOD CAUSE OF PETITIONER NEVER RECIEVING
                               NOTICE OF EXTENTION OF TIME

TO: MAGISTRATE JUDGE NANDOR J. VADAS:

Comes Now Free Lazar [NOT FREE LAZOR] Petitioner on Motion to VACATE ORDER DISMISSING PETITION AND JUDGMENT THERETO, AND TO REINSTATE CASE, AND GRANT EXTENSION OF TIME TO AMEND HIS PETITION.

YESTERDAY, ON 4-11-17 PETITIONER (LAZAR) RECEIVED THE COURTS' ORDER AND JUDGMENT FOR ALLEGED FAILURE TO ACT ON THE COURTS MOTION FOR EXTENSION OF TIME TO FILE HIS AMENDED PETITION. (EXHIBIT A) (ALSO EXHIBIT B: 2 60'S OF ATTEMPTED EXHAUSTION).

BUT LAZAR NEVER RECEIVED ANY ORDER GRANTING HIS MOTION FOR EXTENSION OF TIME AND HAD NO IDEA THE COURT HAS GRANTED IT, WHILE GOING THROUGH MUCH ANXIETY ABOUT WHY THE COURT WAS TAKING SO LONG TO ACT ON HIS MOTION TO EXTEND TIME, LAZAR EVEN MADE EFFORTS TO HAVE AN OUTSIDE PERSON, AND TRAVEL CONTACT THE COURT TO INQUIRE AND REMEDY THIS MATTER, BUT SHE IS IN HER 80'S (AGE), HAVING HEALTH AND SURVIVAL CHALLENGES AND NEVER GOT AN ANSWER BACK TO LAZAR. VERIFICATION IS HEREBY ATTACHED NEXT.

WHEREFORE, LAZAR REQUESTS THE COURT TO VACATE SAID ORDER AND JUDGMENT, REINSTATE THE CASE AND GRANT HIM AT LEAST 45 DAYS FROM THE DATE OF SERVICE TO FILE HIS AMENDED PETITION.

DATE: APRIL 12, 2017            RESPECTFULLY PRESENTED

                                    Free Lazar
                                    MOVANT/PETITIONER

## VERIFICATION BY AFFIANT

FIRST, BEING DULY DEPOSED, I ATTEST:

THAT, SUBJECT TO PENALTIES FOR PERJURY, I AFFIRM THAT ALL OF THE FOREGOING FACTS ARE TRUE BASED ON MY PERSONAL KNOWLEDGE, THIS AFFIDAVIT MADE THIS 12th DAY OF APRIL, 2017, IN THE COUNTY OF MONTEREY, CALIFORNIA.

DATE: 4-12-17

_____

Free Lazor
AFFIANT, MOVANT AND
PETITIONER

## EXHIBITS

A: COURTS ORDER, AND JUDGEMENT, ETC

~~A. ~~ fL

B. MAILROOM LETTER

~~B. ~~ ATTORNEY LETTER fL

Rec 4-11-17

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISON

FREE LAZOR aka. P.F. LAZOR

        Petitioner,

    v.

WILLIAM MUNIZ,

        Respondent.

Case No.  16-cv-6585-NJV (PR)

**ORDER DISMISSING PETITION**

    Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole by the Board of Parole Hearings.  The petition was dismissed with leave to amend after the court found that petitioner failed to present a federal claim.  Petitioner was granted an extension of time and the amended petition was due by February 17, 2017.  That date has passed and petitioner has not filed an amended petition or otherwise communicated with the court.  This case is therefore **DISMISSED** for the reasons stated in the prior order and a certificate of appealability is **DENIED**.

    **IT IS SO ORDERED.**

Dated: April 4, 2017

NANDOR J. VADAS
United States Magistrate Judge

EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

FREE LAZOR aka. P.F. LAZOR

       Petitioner,

   v.

WILLIAM MUNIZ,

       Respondent.

Case No.  16-cv-6585-NJV (PR)

**JUDGMENT**

    Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against petitioner.  Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: April 4, 2017

NANDOR J. VADAS
United States Magistrate Judge

*United States District Court*
*Northern District of California*

*EXHIBIT B*

3-16-17

Free Lazor       C-73842
P.O. Box 1050   ~~Denal~~ 43-120
Soledad, CA  93960-1050

TO: SVSP Mailroom

Cons, Please get a printout of all my incoming & outgoing legal mail from 3-11-16 when I arrived at SVSP, through the date on which you print out the logs per this request. (Most recent possible).

Reason: I have reason to believe some of my outbound legal mail has been obstructed, delayed, not sent out, and I've waited a very long time for Cons' responses in one or another and need to verify if mail from the court might have been sent for me and reached or not reached the mailroom.

Thank you. As soon as possible, please.

Free Lazor